IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB, successor in interest via merger to Fidelity Federal Savings Bank,<br><br>         Plaintiff,<br><br>    v.<br><br>Kil N. Lee a/k/a Kil Nyo Lee; James Shin and Susan Shin,<br><br>         Defendants. | Case No. 1:12 cv 01357<br><br>Assigned Judge: Rebecca R. Pallmeyer<br><br>Magistrate Judge: Arlander Keys |

**MOTION FOR JUDGMENT OF FORECLOSURE AND SALE**

NOW COMES the Plaintiff, PNC Bank, N.A., successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB, successor in interest via merger to Fidelity Federal Savings Bank, by its attorneys CROWLEY & LAMB, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Kil N. Lee a/k/a Kil Nyo Lee, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

              PNC Bank, N.A., successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB, successor in interest via merger to Fidelity Federal Savings Bank

              By: /s/Shannon C. McKinley
                 One of Its Attorneys

Patrick D. Lamb (ADRC#3128062)
Shannon McKinley (ARDC#6298914)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
smckinley@crowleylamb.com