## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor in interest
via merger to National City Bank, successor in interest
via merger to Mid America Bank, FSB, successor in
interest via merger to Fidelity Federal Savings Bank,

$\qquad$ Plaintiff,

v.

Kil N. Lee a/k/a Kil Nyo Lee; James Shin and Susan
Shin,

$\qquad$ Defendants.

Case No. 1:12 cv 01357

Assigned Judge: Rebecca R. Pallmeyer

Magistrate Judge: Arlander Keys

### MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, N.A., successor in interest via merger to National City Bank,

successor in interest via merger to Mid America Bank, FSB, successor in interest via merger to Fidelity Federal

Savings Bank, by its attorneys CROWLEY & LAMB, P.C., and moves the Court for the entry of a Judgment

of Foreclosure and Sale in its favor and against the Defendant(s):

Kil N. Lee a/k/a Kil Nyo Lee, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the

pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to

a Judgment of Foreclosure and Sale in this case as a matter of law.

PNC Bank, N.A., successor in interest via merger to
National City Bank, successor in interest via merger to Mid
America Bank, FSB, successor in interest via merger to
Fidelity Federal Savings Bank


By: /s/Shannon C. McKinley
$\qquad$ One of Its Attorneys

Patrick D. Lamb (ADRC#3128062)
Shannon McKinley (ARDC#6298914)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
smckinley@crowleylamb.com